UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL WILLIAM PILGER, | ) | Case No. 2:15-cv-01833-JCM-NJK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| BANK OF AMERICA, N.A., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On October 2, 2015, a motion to dismiss was filed. Docket No. 66. The Rule 26(f) conference was required to be held within 30 days after the first defendant's answer or appearance. *See* Local Rule 26-1(d) ("Counsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers or otherwise appears"). The stipulated discovery plan was due 14 days thereafter. *See* Local Rule 26-1(d) ("Fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order"). As such, the stipulated discovery plan was due on November 16, 2015. The parties failed to timely file such a plan.

The parties are hereby **ORDERED** to show cause in writing, no later than March 3, 2016, why they failed to comply with the Local Rules as outlined above. Alternatively, the filing of a joint proposed discovery plan by that date will suffice to discharge this order to show cause.

IT IS SO ORDERED.

DATED: February 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge