1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

9
10
11
12
13
14

PAUL WILLIAM PILGER,

         Plaintiff,

vs.

BANK OF AMERICA, N.A., et al.,

         Defendants.

Case No. 2:15-cv-01833-JCM-NJK

ORDER GRANTING MOTION TO STAY

(Docket No. 17)

15         Pending before the Court is Defendant Bank of America, N.A.'s motion to stay discovery
16 pending resolution of its motion to dismiss. Docket No. 17; *see also* Docket No. 6 (motion to dismiss).
17 The motion to stay was filed on filed on March 18, 2016, but Plaintiff has failed to file a response to
18 date. *See* Docket; *see also* Local Rule 7-2(b). The Court finds this matter appropriately resolved
19 without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the Court hereby
20 **GRANTS** the motion to stay discovery.

21         "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery
22 when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601
23 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be
24 granted when: (1) the pending motion is potentially case-dispositive; (2) the potentially dispositive
25 motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek"
26 at the merits of the motion and is convinced that the plaintiff will be unable to state a claim for relief.
27 *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).
28 . . . .

The Court finds these factors are present here.  First, the motion to dismiss is potentially case-dispositive as it challenges all pending claims.  Second, the motion to dismiss can be decided without additional discovery.  Third, the Court has taken a preliminary peek at the merits of the motion to dismiss and believes it will be granted.[1]

Accordingly, the motion to stay discovery, Docket No. 17, is hereby **GRANTED**.  In the event that the motion to dismiss is not granted in full, the parties shall file a joint proposed discovery plan within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

DATED: April 8, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1]  Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits.  *See Tradebay*, 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome.  *See id.*